# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER HANSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-3368 |
| | : | |
| **LEHIGH COUNTY DISTRICT** | : | |
| **ATTORNEY'S OFFICE,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this **1st** day of **September, 2021**, upon consideration of Plaintiff Christopher Hanson's *pro se* Complaint (ECF No. 1), his Motion/Brief to Appoint Counsel (ECF No. 4), and his Motion to Supplement (ECF No. 12), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

2. The Hanson's Motion for Counsel and Motion to Supplement are **DENIED.**

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**